UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI A. McCOY, as parent and natural guardian of NATHANIEL R. McCOY, a minor,<br><br>               Plaintiff,<br><br>   v.<br><br>COLEMAN COMPANY, INC., a foreign corporation,<br><br>               Defendant. | No. 3:06-cv-05478-KLS<br><br>ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES |

This matter is before the Court on the parties *Joint Motion to Extend the Deadline for Expert Disclosures*. The Court has considered the motion, and finding good cause exists, hereby ORDERS, that the Court's November 30, 2006, *Order Setting Trial, Pre-Trial Dates, and Ordering Mediation* is amended as follows:

    Plaintiff's Expert Witness Disclosure/Report Deadline:      June 1, 2007

    Defendants' Expert Witness Disclosure/Report Deadline:    July 2, 2007

**IT IS SO ORDERED** this 1st day of May, 2007.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

**CERTIFICATE OF MAILING**

I certify under the laws of the State of Washington that on the 25th day of April, 2007, that a true and correct copy of the above and foregoing instrument was served upon the below-listed parties by First Class Mail, postage prepaid:

> Daniel R. Kyler
> Rush, Hannula, Harkins & Kyler, LLP
> 4701 South 19th Street, Suite 300
> Tacoma, WA  98405
> Phone: 253-383-5388
> Fax:    253-272-5105
>
> *Attorneys for Plaintiff*

EXECUTED at Seattle, Washington, this 25th day of April, 2007.

> Julie D. Wood, Legal Secretary
> **Perkins Coie LLP**
> 1201 Third Avenue, Suite 4800
> Seattle, WA  98101-3099
> Telephone:  206-359-8000
> Fax:  206-359-9000
> E-mail:  JDWood@perkinscoie.com

ORDER FOR JOINT MOTION EXTENDING
EXPERT DISCLOSURES (NO. 3:06-CV-05478-