1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LORI A. McCOY, as parent and natural guardian of NATHANIEL R. McCOY, a minor, <br><br> Plaintiff, <br><br> vs. <br><br> COLEMAN COMPANY, INC., a foreign corporation, <br><br> Defendant. | NO. 06-CV-05478-KLS <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

16

17

18

19

20

21

22

23

24

25

COME NOW the parties hereto, by and through their attorneys undersigned, and

hereby stipulate and agree that the plaintiff's complaint and all causes of action therein,

may be dismissed with prejudice and without cost to any party, the same having fully

and finally settled out of court.

DATED this 14th day of December, 2007.

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
Attorneys for Plaintiffs
By: s/Daniel R. Kyler, WSBA #12905
    dkyler@rhhk.com
    4701 South 19th Street, Ste 300
    Tacoma, WA 98405
    253-383-5388 telephone
    253-373-5105 facsimile

STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE- 1

Attorney for Defendant:

By:  /s/  Todd W. Rosencrans
Todd W. Rosencrans, WSBA #26551
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone:  206-359-8000
Fax:  206-359-9000

## ORDER

Based upon the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the plaintiff's Complaint and the

causes of action stated therein, be and the same hereby are dismissed with prejudice

and without costs to any party.

DATED:  December 17, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
By:     /s/  Daniel R. Kyler, WSBA# 12905
        Attorney for Plaintiffs
        4701 South 19th Street, #300
        Tacoma, WA 98405
        Phone:  253-383-5388
        Fax:  253-272-5105

Approved as to Form, Notice of
Presentment Waived:
Attorney for Defendant
By:  /s/  Todd W. Rosencrans
        Todd W. Rosencrans, WSBA #26551
        1201 Third Avenue, Suite 4800
        Seattle, WA 98101-3099
        Phone:  206-359-8000
        Fax:  206-359-9000

STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE- 2

**RUSH, HANNULA, HARKINS & KYLER, L.L.P.**
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105